PAUL E. STEPHAN (SBN 075081)
pstephan@selmanbreitman.com
EMILIE E. DE LA MOTTE (SBN 233557)
edelamotte@selmanbreitman.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone:     (415) 979-0400
Facsimile:      (415) 979-2099

Attorneys for Defendant
LENNOX INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO INSURANCE COMPANY A/S/O NATION'S FOODSERVICE, INC.,<br><br>Plaintiff,<br><br>v.<br><br>LENNOX INDUSTRIES, INC.; HONEYWELL; THE IDEAL COMPANY; and DOES 1 to 1000,<br><br>Defendants. | CASE NO.   3:07-cv-4639<br><br>(Case removed from Contra Costa County Superior Court, Case No. MSC 07-01670)<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br><br>Complaint Filed   :   August 2, 2007<br>Trial Date         :   None |

The undersigned, counsel of record for LENNOX INDUSTRIES, INC., certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

1. AMCO Insurance Company;

2. Nation's Food Service;

3. Lennox Industries, Inc.;

4. Honeywell (business entity, form unknown);

5. The Ideal Company (business entity, form unknown).

///

///

1

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

1  DATED: September 11, 2007       SELMAN BREITMAN LLP

2

3                                   By: _____
                                        PAUL E. STEPHAN
4                                       EMILIE E. DE LA MOTTE
                                    Attorneys for Defendant
5                                   LENNOX INDUSTRIES, INC.

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

137675.1  524.23883

2

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**

**PROOF OF SERVICE BY ELECTRONIC SUBMISSION**

*AMCO Insurance Company A/S/O Nations' Foodservice, Inc. v. Lennox Industries, Inc.; Honey well; the Ideal Company, et al.*
United States District Court – Northern District – San Francisco Division
Case No. 3:07-CV-4639
Defendant Lennox Industries, Inc.

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On September 13, 2007, I electronically served the following document(s) via e-File described as:

**Certification and Notice of Interested Parties**

on the recipients designated on the Transaction Receipt located on the United States District Court e-File website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on September 13, 2007, at San Francisco, California.

Teresa J. Smith