LAWRENCE A. BAKER, ESQ. (#83197)
BURESH, KAPLAN, JANG & FELLER
2298 Durant Avenue
Berkeley, California 94704
Telephone:    (510) 548-7474
Facsimile:    (510) 548-7488

Attorneys for Defendant and Cross-
Claimant HONEYWELL
INTERNATIONAL INC.

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| AMCO INSURANCE COMPANY A/S/O NATION'S FOODSERVICE, INC., | Case No.  C 07-04639 EMC |
| Plaintiffs, | **CROSS-CLAIM OF HONEYWELL INTERNATIONAL INC. FOR EQUITABLE INDEMNITY/COMPARATIVE CONTRIBUTION** |
| v. | |
| LENNOX INDUSTRIES, INC., et al. | |
| Defendants. | |
| HONEYWELL INTERNATIONAL INC., | |
| Cross-Claimant, | |
| v. | |
| THE IDEAL COMPANY, | REMOVAL FILED: 9/7/07 |
| Cross-Defendant. | TRIAL DATE: None |

COMES NOW Honeywell International Inc. and cross-claims against cross-defendant as follows:

## GENERAL ALLEGATIONS

1.    At all relevant times, cross-complainant Honeywell International Inc. was a corporation with its principle place of business in New Jersey.

Buresh, Kaplan,
Jang & Feller
2298 Durant Avenue
Berkeley, CA 94704
Phone: (510) 548-7474
Fax: (510) 548-7488

1

HONEYWELL INTERNATIONAL INC.'S CROSS-CLAIM                    No. C 07-04639 EMC

2.     On 8/2/07, AMCO Insurance Company ("AMCO"), as plaintiff, filed a complaint for damages, etc. in Contra Costa County Superior Court. Cross-complainant hereby incorporates by reference the allegations in said complaint for informational purposes only, the specific charging allegations being denied.

## FIRST CAUSE OF ACTION

### (Equitable Indemnity as Against Cross-defendant)

3.     Cross-claimant hereby incorporates by reference each and every allegation contained in paragraphs 1 through 2 as though fully set forth herein.

4.     Cross-claimant has denied the charges and allegations contained in said complaint. In the event that it is determined that any of AMCO's charging allegations are true and that AMCO has suffered any damage or injury whatsoever, then said damages or injuries were caused by the primary and active negligence and conduct of cross-defendant and not by any acts or omissions of cross-claimant. Cross-claimant has denied any carelessness or negligence on its part; if such carelessness or negligence does exist, it is secondary and passive.

5.     In the event that cross-claimant is subjected to liability to AMCO, cross-claimant is entitled to be indemnified in full by the cross-defendant for the full amount of any loss suffered or judgment paid by cross-defendant to AMCO and for such costs, attorneys' fees, and other expenses which have been and in the future may be incurred by cross-claimant in the defense of this action. An actual controversy has arisen and now exists between cross-claimant and cross-defendant concerning the above-mentioned right of full indemnification of cross-claimant by cross-defendant.

WHEREFORE, Cross-claimant prays for judgment against cross-defendants, and each of them, as hereinafter set forth.

## SECOND CAUSE OF ACTION

### (Comparative Contribution As Against Cross-defendant)

6.     Cross-claimant hereby incorporates each and every allegation contained in paragraphs 3 through 5 as set forth herein.

HONEYWELL INTERNATIONAL INC.'S CROSS-CLAIM                    No. C 07-04639 EMC

1    7.    Cross-defendant is in some manner, and to some degree, is at fault and legally

2  liable or responsible for any injuries or damages allegedly sustained by AMCO as set forth in

3  AMCO's complaint. The acts, omissions, negligence, and fault of cross-defendant has in some

4  manner contributed to the events, injuries, or damages complained of by AMCO.

5    8.    In the event that AMCO recovers judgment against cross-claimant and cross-

6  defendant in the principal action, such judgment should be distributed equitably among cross-

7  claimant and cross-defendant on a basis of the comparison of the relative fault of said cross-

8  claimant with the fault of said cross-defendant.

9    9.    In order to prevent a multiplicity of litigation, a determination of the comparative

10  fault, if any, of cross-defendant should be made at the trial of the principal action herein. If

11  AMCO recovers a judgment against cross-claimant and cross-defendant then cross-claimant is

12  entitled to be indemnified by cross-defendant for the amount of any damages awarded in favor of

13  cross-defendant against cross-claimant, pursuant to and in accordance with the proportion of

14  relative fault of liability attributed to said cross-defendant.

15    10.    If AMCO recovers judgment against cross-claimant and cross-defendant, cross-

16  claimant is entitled to a declaration of rights respected the relative responsibility of cross-

17  claimant, and cross-defendant as well as cross-claimant's right to indemnification from cross-

18  defendant based upon a comparison of fault between cross-claimant and said cross-defendant.

19    WHEREFORE, cross-claimant prays for judgment as follows:

20    1.    In the event that any sum be awarded to AMCO against cross-claimant, for said

21  sum;

22    2.    In the event that judgment be recovered in favor of AMCO and against cross-

23  claimant, for indemnification against cross-defendant based upon a comparison of relative fault

24  between cross-claimant and cross-defendant;

25    3.    In the event a judgment be recovered in favor of AMCO against cross-claimant,

26  for contribution against cross-defendant based upon a comparison of relative fault between

27  cross-claimant and cross-defendant;

28

Bulash, Kaplan,
Ying & Fekle
2224 Durant Avenue
Berkeley, CA 94704
Phone 510-548-7474
Fax 510-548-7488

3

HONEYWELL INTERNATIONAL INC.'S CROSS-CLAIM                    No. C 07-04639 EMC

4.    For costs of suit; and

5.    For such other and further relief as the Court may deem just and proper.


                                        BURESH, KAPLAN, JANG & FELLER


DATED: September 26, 2007              By: _____
                                           LAWRENCE A. BAKER, ESQ.
                                           Attorneys for Defendant and Cross-
                                           Claimant HONEYWELL
                                           INTERNATIONAL INC.

HONEYWELL INTERNATIONAL INC.'S CROSS-CLAIM                    No. C 07-04639 EMC

## PROOF OF SERVICE

I am employed in Alameda County, California. I am over eighteen (18) years of age and not a party to this action or proceeding; my business address is 2298 Durant Avenue, Berkeley, California 94704.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 26, 2007, I served a true copy of the following documents:

**CROSS-CLAIM OF HONEYWELL INTERNATIONAL INC. FOR EQUITABLE INDEMNITY/COMPARATIVE CONTRIBUTION**

on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| | |
|---|---|
| Peter Robert Stone, Esq.<br>Janusz Seremak, Esq.<br>4811 Chippendale Drive, Suite 204<br>P.O. Box 41199<br>Sacramento, CA 95841<br>Attorneys for Plaintiffs<br>Telephone: (916) 348-5600<br>Fax: (916) 348-5605 | Paul E. Stephan, Esq.<br>Emilie E. de la Motte, Esq.<br>Selman Breitman LLP<br>33 New Montgomery Street, 6th Floor<br>San Francisco, CA 94105<br>Attorneys for Lennox Industries, Inc.<br>Telephone: (415) 979-0400<br>Fax: (415) 979-2099 |

Jennifer F. Rosemark, Esq.
Sharon M. Horozaniecki, Esq.
Flynn Gaskins Bennett LLP
333 South 7th Street, Suite 2900
Minneapolis, MN 55402
Attorneys for Honeywell International Inc.
Fax: (612) 333-9579

**X**   **(BY MAIL):** By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in accordance with the above business practice, as addressed above.

**(BY FACSIMILE):** By transmitting a facsimile copy of the same, to the number listed above.

**(BY HAND-DELIVERY):** By arranging hand-delivery of a copy of the same to the person(s) identified above.

**X**   **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 26, 2007, at Berkeley, California.

_Monica B. Peña_
Monica B. Peña

HONEYWELL INTERNATIONAL INC.'S CROSS-CLAIM                    No. C 07-04639 EMC