1  LAWRENCE A. BAKER, ESQ. (#83197)
   BURESH, KAPLAN, JANG & FELLER
2  2298 Durant Avenue
   Berkeley, California 94704
3  Telephone:    (510) 548-7474
   Facsimile:    (510) 548-7488
4
   Attorneys for Defendant
5  HONEYWELL INTERNATIONAL INC.

6

7

8               UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11

12 AMCO INSURANCE COMPANY A/S/O        Case No.  C 07-04639 EMC
   NATION'S FOODSERVICE, INC.,
13                                      HONEYWELL INTERNATIONAL
                  Plaintiffs,           INC.'S ANSWER TO PLAINTIFF'S
14                                      UNVERIFIED COMPLAINT FOR
   v.                                   DAMAGES, ETC.; DEMAND FOR
15                                      JURY TRIAL
   LENNOX INDUSTRIES, INC., et al.
16
                  Defendants.
17  _____/        REMOVAL FILED: 9/7/07
                                        TRIAL DATE:: None
18

19       COMES NOW defendant Honeywell International Inc. ("Honeywell")  and answers

20 plaintiff's unverified complaint as follows:

21       1.    Answering Paragraph 1, Honeywell admits that its principal place of business is

22 in New Jersey.  Honeywell lacks sufficient information or belief to respond to the remaining

23 allegations contained therein and thereon deny the same.

24       2.    Answer Paragraph 2, Honeywell lacks sufficient information or belief to respond

25 thereto and thereon denies the same.

26       3.    Answer Paragraph 3, Honeywell lacks sufficient information or belief to respond

27 thereto and thereon denies the same.

28

Buresh, Kaplan,
Jang & Feller
2298 Durant Avenue
Berkeley, CA 94704
Phone: 510 548-7474
Fax: 510 548-7488

                                        1
HONEYWELL INTERNATIONAL INC.'S ANSWER TO COMPLAINT          No. C 07-04639 EMC

1    4.    Answer Paragraph 4, Honeywell lacks sufficient information or belief to respond

2  thereto and thereon denies the same.

3    5.    Answering Paragraph 5 Honeywell admits that its principal place of business is in

4  New Jersey. Honeywell lacks sufficient information or belief to respond to the remaining

5  allegations contained therein and thereon deny the same.

6    6.    Answer Paragraph 6, Honeywell denies the allegations contained therein.

7                                    **FIRST CAUSE OF ACTION**

8    7.    Answering Paragraph 7, Honeywell incorporates by reference its responses to the

9  paragraphs referenced to therein.

10    8.    Answer Paragraph 8, Honeywell denies the allegations contained therein.

11    9.    Answer Paragraph 9, Honeywell denies the allegations contained therein.

12    10.    Answer Paragraph 10, Honeywell denies the allegations contained therein.

13                                **SECOND CAUSE OF ACTION**

14    11.    Answering Paragraph 11, Honeywell incorporates by reference its responses to

15  the paragraphs referenced to therein.

16    12.    Answer Paragraph 12, Honeywell denies the allegations contained therein.

17    13.    Answer Paragraph 13, Honeywell denies the allegations contained therein.

18    14.    Answer Paragraph 14, Honeywell denies the allegations contained therein.

19    15.    Answer Paragraph 15, Honeywell denies the allegations contained therein.

20    16.    Answer Paragraph 16, Honeywell denies the allegations contained therein.

21    17.    Answer Paragraph 17, Honeywell denies the allegations contained therein.

22    18.    Answer Paragraph 18, Honeywell denies the allegations contained therein.

23                                    **THIRD CAUSE OF ACTION**

24    19.    Answering Paragraph 19, Honeywell incorporates by reference its responses to

25  the paragraphs referenced to therein.

26    20.    Answer Paragraph 20, Honeywell denies the allegations contained therein.

27    21.    Answer Paragraph 21, Honeywell denies the allegations contained therein.

28

Burnett, Kaplan,
Jump & Feller
2200 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

HONEYWELL INTERNATIONAL INC.'S ANSWER TO COMPLAINT              No. C 07-04639 EMC

1    22.    Answer Paragraph 22, Honeywell denies the allegations contained therein.

2    23.    Answer Paragraph 23, Honeywell denies the allegations contained therein.

3                              **FOURTH CAUSE OF ACTION**

4    24.    Answering Paragraph 24, Honeywell incorporates by reference its responses to

5    the paragraphs referenced to therein.

6    25.    Answer Paragraph 25, Honeywell denies the allegations contained therein.

7    26.    Answer Paragraph 26, Honeywell denies the allegations contained therein.

8    27.    Answer Paragraph 27, Honeywell denies the allegations contained therein.

9    28.    Answer Paragraph 28, Honeywell denies the allegations contained therein.

10   29.    Answer Paragraph 29, Honeywell denies the allegations contained therein.

11                             **FIFTH CAUSE OF ACTION**

12   30.    Answering Paragraph 30, Honeywell incorporates by reference its responses to

13   the paragraphs referenced to therein.

14   31.    Answer Paragraph 31, Honeywell denies the allegations contained therein.

15   32.    Answer Paragraph 32, Honeywell denies the allegations contained therein.

16   33.    Answer Paragraph 33, Honeywell denies the allegations contained therein.

17   34.    Answer Paragraph 34, Honeywell denies the allegations contained therein.

18   35.    Answer Paragraph 35, Honeywell denies the allegations contained therein.

19                             **AFFIRMATIVE DEFENSES**

20   AS AND FOR A FIRST, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO

21   THE COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, THIS ANSWERING

22   DEFENDANT ALLEGES THAT:

23   Plaintiff's subrogee herein was careless and negligent in and about the matters alleged in

24   the second amended complaint, and that said carelessness and negligence on said subrogee's own

25   part proximately contributed to the happening of the incidents alleged in the second amended

26   complaint, and to the injuries, loss and damage complained of, if any there were, and bars or

27   proportionately reduces recovery by plaintiff from this answering defendant.

28

Sullivan, Kelnhan,
Harris & Fowler
2005 Tucker Avenue
Berkeley, CA 94704
Phone (510) 646-7474
Fax (510) 946-7488

3

1      AS AND FOR A SECOND, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

2  TO THE COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, THIS ANSWERING

3  DEFENDANT ALLEGES THAT:

4      Plaintiff's subrogee voluntarily and knowingly entered into and engaged in the

5  operations and conduct alleged in said second amended complaint and voluntarily and

6  knowingly assumed all the risks incident to said operations, acts and conduct at the times and

7  places mentioned in said second amended complaint, and that said assumption of risk bars or

8  proportionately reduces recovery by plaintiff from this answering defendant.

9      AS AND FOR A THIRD, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

10  TO THE COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, THIS ANSWERING

11  DEFENDANT ALLEGES THAT:

12      Plaintiff's subrogee has failed and neglected to use reasonable care to minimize and

13  mitigate the losses, injury and/or damages complained of, if any there be.

14      AS AND FOR A FOURTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

15  TO THE COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, THIS ANSWERING

16  DEFENDANT ALLEGES THAT:

17      The sole proximate cause of the injuries and damages, if any, suffered by plaintiff was

18  the negligence and fault of persons or entities other than this answering defendant for whose acts

19  or omissions this answering defendant is not legally or otherwise responsible.

20      AS AND FOR A FIFTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO

21  THE COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, THIS ANSWERING

22  DEFENDANT ALLEGES THAT:

23      Plaintiff's complaint does not state facts sufficient to constitute a claim or cause of action

24  against this answering defendant.

25      AS AND FOR A SIXTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE TO

26  THE COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, THIS ANSWERING

27  DEFENDANT ALLEGES THAT:

28

1    No act or omission of this answering defendant was a substantial factor in bringing about

2  the alleged damages of the plaintiff nor was any act or omission a contributing cause thereof.

3  Any alleged acts or omissions of this answering defendant was superseded by the acts or

4  omissions of others including plaintiff's subrogee and/or other individuals or entities not named

5  as defendants in the second amended complaint herein which were the independent intervening

6  and proximate cause of damage or loss allegedly sustained by plaintiff.

7    AS AND FOR A SEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

8  TO THE COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, THIS ANSWERING

9  DEFENDANT ALLEGES THAT:

10    This second amended complaint is barred because of plaintiff's subrogee's negligence or

11  carelessness.

12    AS AND FOR AN EIGHTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

13  TO THE COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, THIS ANSWERING

14  DEFENDANT ALLEGES THAT:

15    This second amended complaint is barred because the cause of plaintiff's damages was

16  the misuse of product(s) by plaintiff's subrogee.

17    AS AND FOR A NINTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

18  TO THE COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, THIS ANSWERING

19  DEFENDANT ALLEGES THAT:

20    This second amended complaint is barred because no defective product was supplied by

21  defendant.

22    AS AND FOR A TENTH, SEPARATE AND DISTINCT AFFIRMATIVE DEFENSE

23  TO THE COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, THIS ANSWERING

24  DEFENDANT ALLEGES THAT:

25    This second amended complaint is barred because any alleged defect in any product

26  allegedly supplied by defendant resulted from an alteration of said product by plaintiff's

27  subrogee or other person or entity after said product left defendant's hands.

28

Bufesti, Kaplan,
Going & Fever
2228 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

HONEYWELL INTERNATIONAL INC.'S ANSWER TO COMPLAINT          No. C 07-04639 EMC

1   AS AND FOR AN ELEVENTH, SEPARATE AND DISTINCT AFFIRMATIVE

2   DEFENSE TO THE COMPLAINT, AND EACH CAUSE OF ACTION THEREOF, THIS

3   ANSWERING DEFENDANT ALLEGES THAT:

4       This second amended complaint is barred because defendant gave adequate warnings

5   regarding the safe use of any alleged products allegedly supplied by defendant.

6       WHEREFORE, Honeywell prays that plaintiff take nothing by reason of its complaint,

7   that Honeywell be dismissed from this action, that Honeywell be awarded reasonable attorneys'

8   fees and costs and for such and further relief as the Court deems just and proper.

9

10                                  BURESH, KAPLAN, JANG & FELLER

11

12  DATED: September 26, 2007          By: _____
                                            LAWRENCE A. BAKER, ESQ.
13                                          Attorneys for Defendant
                                            HONEYWELL INTERNATIONAL INC.
14

15

16

17                            **DEMAND FOR JURY TRIAL**

18      In accordance with Rule 38(b) of the Federal Rules of Civil Procedure and Civil Local

19  Rule 3-6, defendant Honeywell International Inc. hereby demands a jury trial on all matters so

20  triable.

21                                  BURESH, KAPLAN, JANG & FELLER

22

23  DATED: September 26, 2007          By: _____
                                            LAWRENCE A. BAKER, ESQ.
24                                          Attorneys for Defendant
                                            HONEYWELL INTERNATIONAL INC.
25

26

27

28

Buresh, Kaplan,
Jang & Feller
Paro Amount Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

6

HONEYWELL INTERNATIONAL INC.'S ANSWER TO COMPLAINT            No. C 07-04639 EMC

## PROOF OF SERVICE

I am employed in Alameda County, California. I am over eighteen (18) years of age and not a party to this action or proceeding; my business address is 2298 Durant Avenue, Berkeley, California 94704.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On September 26, 2007, I served a true copy of the following documents:

**HONEYWELL INTERNATIONAL INC.'S ANSWER TO PLAINTIFF'S UNVERIFIED COMPLAINT FOR DAMAGES, ETC.; DEMAND FOR JURY TRIAL**

on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Peter Robert Stone, Esq.
Janusz Seremak, Esq.
4811 Chippendale Drive, Suite 204
P.O. Box 41199
Sacramento, CA 95841
Attorneys for Plaintiff
Telephone: (916) 348-5600
Fax: (916) 348-5605

Paul E. Stephan, Esq.
Emilie E. de la Motte, Esq.
Selman Breitman LLP
33 New Montgomery Street, 6th Floor
San Francisco, CA 94105
Attorneys for Lennox Industries, Inc.
Telephone: (415) 979-0400
Fax: (415) 979-2099

Jennifer F. Rosemark, Esq.
Sharon M. Horozaniecki, Esq.
Flynn Gaskins Bennett LLP
333 South 7th Street, Suite 2900
Minneapolis, MN 55402
Attorneys for Honeywell International Inc.
Fax: (612) 333-9579

**X**   **(BY MAIL):** By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in accordance with the above business practice, as addressed above.

**(BY FACSIMILE):** By transmitting a facsimile copy of the same, to the number listed above.

**(BY HAND-DELIVERY):** By arranging hand-delivery of a copy of the same to the person(s) identified above.

**X**   **(FEDERAL):** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on September 26, 2007, at Berkeley, California.

_Monica B. Peña_
Monica B. Peña

HONEYWELL INTERNATIONAL INC.'S ANSWER TO COMPLAINT                    No. C 07-04639 EMC