PAUL E. STEPHAN (SBN 075081)
pstephan@selmanbreitman.com
EMILIE E. DE LA MOTTE (SBN 233557)
edelamotte@selmanbreitman.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendant
LENNOX INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - NORTHERN DISTRICT

| | |
|---|---|
| AMCO INSURANCE COMPANY A/S/O NATION'S FOODSERVICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> LENNOX INDUSTRIES, INC.; HONEYWELL; THE IDEAL COMPANY; and DOES 1 to 1000, <br><br> Defendants. | CASE NO. 3:07-CV-4639 <br><br> **STIPULATION AND ORDER FOR DISMISSAL** |

In accordance with the provisions of Rule 41(a)(ii) of the Federal Rules of Civil Procedure, the parties appearing in this matter hereby stipulate that the above-entitled action is dismissed with prejudice by plaintiff. This stipulation includes the dismissal of all causes of action against all defendants, and includes any and all cross-claims filed herewith.

Each party agrees to bear its own costs and fees.

///
///
///
///

1

**STIPULATION AND ORDER FOR DISMISSAL**

SO STIPULATED:

DATED: September 29, 2007    LAW OFFICES OF PETER ROBERT STONE

By: _____
PETER ROBERT STONE
JANUSZ SEREMAK
Attorneys for Plaintiff
AMCO INSURANCE COMPANY, A/S/O
NATION'S FOODSERVICE, INC.

DATED: September 26, 2007    SELMAN BREITMAN LLP

By: _____
PAUL E. STEPHAN
EMILIE E. DE LA MOTTE
Attorneys for Defendant
LENNOX INDUSTRIES, INC.

DATED: September __, 2007    BURESH, KAPLAN, JANG & FELLER

By: _____
LAWRENCE A. BAKER
Attorneys for Defendant/Cross-claimant
HONEYWELL INTERNATIONAL INC.

## ORDER

Based upon said stipulation between the parties who have appeared in this matter, IT IS HEREBY ORDERED the entire above-entitled action is hereby dismissed.

IT IS SO ORDERED:

Dated: _____    _____
Magistrate Judge Edward M. Chen
Judge of the Northern District of California

SO STIPULATED:

DATED: September __, 2007        LAW OFFICES OF PETER ROBERT STONE


By: _____
PETER ROBERT STONE
JANUSZ SEREMAK
Attorneys for Plaintiff
AMCO INSURANCE COMPANY, A/S/O
NATION'S FOODSERVICE, INC.

DATED: September 26, 2007        SELMAN BREITMAN LLP


By: _____
PAUL E. STEPHAN
EMILIE E. DE LA MOTTE
Attorneys for Defendant
LENNOX INDUSTRIES, INC.

DATED: September 10/1, 2007        BURESH, KAPLAN, JANG & FELLER


By: _____
LAWRENCE A. BAKER
Attorneys for Defendant/Cross-claimant
HONEYWELL INTERNATIONAL INC.

### ORDER

Based upon said stipulation between the parties who have appeared in this matter, IT IS HEREBY ORDERED the entire above-entitled action is hereby dismissed.

IT IS SO ORDERED:


Dated: _____        _____
Magistrate Judge Edward M. Chen
Judge of the Northern District of California

**PROOF OF SERVICE BY ELECTRONIC SUBMISSION**

*AMCO Insurance Company A/S/O Nations' Foodservice, Inc. v. Lennox Industries, Inc.; Honeywell; the Ideal Company, et al.*
United States District Court – Northern District – San Francisco Division
Case No. 3:07-CV-4639
Defendant Lennox Industries, Inc.

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On October 8, 2007, I electronically served the following document(s) via e-File described as:

**STIPULATION AND ORDER FOR DISMISSAL**

on the recipients designated on the Transaction Receipt located on the United States District Court e-File website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 8, 2007, at San Francisco, California.

*/s/ Teresa J. Smith*
Teresa J. Smith

PROOF OF SERVICE VIA ELECTRONIC FILING