United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

```
AMCO INSURANCE COMPANY            Case No.  C 07-04639 EMC
A/S/O NATION'S FOODSERVICE,
INC.,
              Plaintiff(s),

    v.


LENNOX INDUSTRIES, INC.,
et al.,
              Defendant(s).
```
_____/

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party

in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate

Judge conduct any and all further proceedings in the case, including trial, and order the entry of a

final judgment.  Appeal from the judgment shall be taken directly to the United States Court of

Appeals for the Ninth Circuit.

Dated: _____10/16/07_____

_____
Signature

Counsel for: Defendant & Cross-Claimant
(Name of party or indicate "pro se")
HONEYWELL INTERNATIONAL INC.

## PROOF OF SERVICE

I am employed in Alameda County, California. I am over eighteen (18) years of age and not a party to this action or proceeding; my business address is 2298 Durant Avenue, Berkeley, California 94704.

I am readily familiar with the business practice at my place of business for collection and processing of correspondence for mailing with the United States Postal Service. Correspondence so collected and processed is deposited with the United States Postal Service that same day in the ordinary course of business.

On October 16, 2007, I served a true copy of the following documents:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the parties to this action by placing a true copy thereof in a sealed envelope, addressed as follows:

Peter Robert Stone, Esq.
Janusz Seremak, Esq.
4811 Chippendale Drive, Suite 204
P.O. Box 41199
Sacramento, CA 95841
Attorneys for Plaintiffs
Telephone: (916) 348-5600
Fax: (916) 348-5605

Paul E. Stephan, Esq.
Emilie E. de la Motte, Esq.
Selman Breitman LLP
33 New Montgomery Street, 6th Floor
San Francisco, CA 94105
Attorneys for Lennox Industries, Inc.
Telephone: (415) 979-0400
Fax: (415) 979-2099

Jennifer F. Rosemark, Esq.
Sharon M. Horozaniecki, Esq.
Flynn Gaskins Bennett LLP
333 South 7th Street, Suite 2900
Minneapolis, MN 55402
Attorneys for Honeywell International Inc.
Fax: (612) 333-9579

**X    (BY MAIL):** By placing a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in accordance with the above business practice, as addressed above.

**(BY FACSIMILE):** By transmitting a facsimile copy of the same, to the number listed above.

**(BY HAND-DELIVERY):** By arranging hand-delivery of a copy of the same to the person(s) identified above.

**X    (FEDERAL):** I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 16, 2007, at Berkeley, California.

_Monica B. Peña_
Monica B. Peña

Buresh, Kaplan,
Jang & Feller
2298 Durant Avenue
Berkeley, CA 94704
Phone (510) 548-7474
Fax (510) 548-7488

1

No. C 07-04639 EMC