PAUL E. STEPHAN (SBN 075081)
pstephan@selmanbreitman.com
EMILIE E. DE LA MOTTE (SBN 233557)
edelamotte@selmanbreitman.com
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA 94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099

Attorneys for Defendant
LENNOX INDUSTRIES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - NORTHERN DISTRICT

| | |
|---|---|
| AMCO INSURANCE COMPANY A/S/O NATION'S FOODSERVICE, INC., <br><br> Plaintiff, <br><br> v. <br><br> LENNOX INDUSTRIES, INC.; HONEYWELL; THE IDEAL COMPANY; and DOES 1 to 1000, <br><br> Defendants. | CASE NO. 3:07-CV-4639 <br><br> **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consent to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial and order the entry of a final judgment. Appeal from the judgment shall by taken directly to the United States Court of Appeal for the Ninth Circuit.

Dated: October 12, 2007

_____
Signature

Counsel for Defendant Lennox Industries, Inc.
(Plaintiff, Defendant or indicate "pro se")

1
**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

## PROOF OF SERVICE BY ELECTRONIC SUBMISSION

*AMCO Insurance Company A/S/O Nations' Foodservice, Inc. v. Lennox Industries, Inc.; Honey well; the Ideal Company, et al.*
United States District Court – Northern District – San Francisco Division
Case No. 3:07-CV-4639
Defendant Lennox Industries, Inc.

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On October 16, 2007, I electronically served the following document(s) via e-File described as:

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the recipients designated on the Transaction Receipt located on the United States District Court e-File website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 16, 2007, at San Francisco, California.

Teresa J. Smith

Selman Breitman LLP
ATTORNEYS AT LAW

137838.1  524.23883

1    PROOF OF SERVICE VIA ELECTRONIC FILING