```
PETER ROBERT STONE, SBN:160048
peterstone@cwo.com
JANUSZ SEREMAK; SBN: 161505
janusz@cwo.com
Attorney and Couselor at Law
A Professional Corporation
4811 Chippendale Drive, Suite 204
P.O. Box 41199
Sacramento, CA 95841
Telephone: (916) 348-5600
Facsimile: (916) 348-5605

Attorneys for Plaintiff
AMCO INSURANCE COMPANY
A/S/O NATION'S FOODSERVICE, INC.
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMCO INSURANCE COMPANY A/S/O NATION'S FOODSERVICE, INC., <br><br> Plaintiff(s), <br><br> v. <br><br> LENNOX INDUSTRIES, INC.; HONEYWELL; THE IDEAL COMPANY; AND DOES 1 TO 1000., <br><br> Defendant(s). | Case No. 3:07-cv-4639 <br><br> CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE |

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: October 23, 2007

Signature

Counsel for: AMCO INSURANCE COMPANY A/S/O NATION'S FOODSERVICE, INC.
(Name of party or indicate "pro se")