1  PAUL E. STEPHAN (SBN 075081)
   pstephan@selmanbreitman.com
2  EMILIE E. DE LA MOTTE (SBN 233557)
   edelamotte@selmanbreitman.com
3  SELMAN BREITMAN LLP
   33 New Montgomery, Sixth Floor
4  San Francisco, CA  94105
   Telephone:  (415) 979-0400
5  Facsimile:  (415) 979-2099

6  Attorneys for Defendant
   LENNOX INDUSTRIES, INC.

7

8                    UNITED STATES DISTRICT COURT

9        NORTHERN DISTRICT OF CALIFORNIA - NORTHERN DISTRICT

10

11  AMCO INSURANCE COMPANY A/S/O          CASE NO.  3:07-CV-4639
    NATION'S FOODSERVICE, INC.,
12                                        **STIPULATION AND ORDER FOR**
                 Plaintiff,               **DISMISSAL**
13
         v.
14
    LENNOX INDUSTRIES, INC.;
15  HONEYWELL; THE IDEAL COMPANY; and
    DOES 1 to 1000,
16
                 Defendants.
17

18

19        In accordance with the provisions of Rule 41(a)(ii) of the Federal Rules of Civil

20  Procedure, the parties appearing in this matter hereby stipulate that the above-entitled

21  action is dismissed with prejudice by plaintiff.  This stipulation includes the dismissal of

22  all causes of action against all defendants, and includes any and all cross-claims filed

23  herewith.

24        Each party agrees to bear its own costs and fees.

25  ///

26  ///

27  ///

28  ///

Selman Breitman LLP
ATTORNEYS AT LAW

138659.1  524.23883

                              1
                                    **STIPULATION AND ORDER FOR DISMISSAL**

SO STIPULATED:

DATED: September 29, 2007    LAW OFFICES OF PETER ROBERT STONE


By: _____
     PETER ROBERT STONE
     JANUSZ SEREMAK
     Attorneys for Plaintiff
     AMCO INSURANCE COMPANY, A/S/O
     NATION'S FOODSERVICE, INC.

DATED: September 26, 2007    SELMAN BREITMAN LLP


By: _____
     PAUL E. STEPHAN
     EMILIE E. DE LA MOTTE
     Attorneys for Defendant
     LENNOX INDUSTRIES, INC.

DATED: September ___, 2007    BURESH, KAPLAN, JANG & FELLER


By: _____
     LAWRENCE A. BAKER
     Attorneys for Defendant/Cross-claimant
     HONEYWELL INTERNATIONAL INC.

## ORDER

Based upon said stipulation between the parties who have appeared in this matter,

IT IS HEREBY ORDERED the entire above-entitled action is hereby dismissed.

IT IS SO ORDERED:

Dated: _____   October 26, 2007

Magistrate _____
Judge of the _____ ornia

IT IS SO ORDERED
Judge Edward M. Chen

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

**STIPULATION AND ORDER FOR DISMISSAL**

Selman Breitman LLP
ATTORNEYS AT LAW

138659.1   524.23883

SO STIPULATED:

DATED: September __, 2007          LAW OFFICES OF PETER ROBERT STONE


By: _____
       PETER ROBERT STONE
       JANUSZ SEREMAK
Attorneys for Plaintiff
AMCO INSURANCE COMPANY, A/S/O
NATION'S FOODSERVICE, INC.

DATED: September 26, 2007          SELMAN BREITMAN LLP


By: _____
       PAUL E. STEPHAN
       EMILIE E. DE LA MOTTE
Attorneys for Defendant
LENNOX INDUSTRIES, INC.

DATED: September 10/1, 2007          BURESH, KAPLAN, JANG & FELLER


By: _____
       LAWRENCE A. BAKER
Attorneys for Defendant/Cross-claimant
HONEYWELL INTERNATIONAL INC.

## ORDER

Based upon said stipulation between the parties who have appeared in this matter,

IT IS HEREBY ORDERED the entire above-entitled action is hereby dismissed.

IT IS SO ORDERED:


Dated: _____          _____
                                Magistrate Judge Edward M. Chen
                                Judge of the Northern District of California

Selman Breitman LLP
ATTORNEYS AT LAW

138659.1  524.23883

2

STIPULATION AND ORDER FOR DISMISSAL

**PROOF OF SERVICE BY ELECTRONIC SUBMISSION**

*AMCO Insurance Company A/S/O Nations' Foodservice, Inc. v. Lennox Industries, Inc.;*
*Honey well; the Ideal Company, et al.*
United States District Court – Northern District – San Francisco Division
Case No. 3:07-CV-4639
Defendant Lennox Industries, Inc.

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 years and am not a party to the within action; my business address is 33 New Montgomery, Sixth Floor, San Francisco, CA 94105. On October 8, 2007, I electronically served the following document(s) via e-File described as:

**STIPULATION AND ORDER FOR DISMISSAL**

on the recipients designated on the Transaction Receipt located on the United States District Court e-File website.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on October 8, 2007, at San Francisco, California.

Teresa J. Smith

PROOF OF SERVICE  VIA ELECTRONIC FILING

137838.1  524.23883

Selman Breitman LLP
ATTORNEYS AT LAW